UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-

FATMATA BARRIE,

                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

8 Crim. 887-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's letter motion to expunge her conviction, (ECF No. 151-1), which the Government opposes, (ECF No. 151), is DENIED.

The Clerk of Court is directed to mail a copy of this Order to Defendant.

Dated: New York, New York
       August 18, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge